yet be available. Art. 921 et seq., V.A. C.C.P.; McCune v. State, 156 Tex.Cr.R. 207, 240 S.W.2d 305; Klinedinst v. State, Tex.Cr.App., 265 S.W.2d 593.

The record would not authorize this Court to do other than agree with the position of his counsel that appellant was not insane at the time of the trial, and to agree with the finding of the jury as to his guilt and punishment.

Appellant's motion for rehearing is overruled.

**James HESTER, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27537.**

Court of Criminal Appeals of Texas.

April 13, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful possession of a still, material and equipment for the manufacture of intoxicating liquor; the punishment, a fine of $300.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.